UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION D. VARNADO,<br>Petitioner,<br>v.<br>JAMES YATES, Warden,<br>Respondent. | Case No. CV 08-1728 SJO(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"), which were filed on June 25, 2009. The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.

The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections. To the extent petitioner objects to the Magistrate Judge's denial of his motion for the appointment of counsel, his objection is overruled both because it is untimely and on the merits. The Magistrate Judge denied petitioner's motion for

1  the appointment of counsel in a written order which was issued and served on
2  March 19, 2009. (Docket No. 22).  Pursuant to Local Rule 72-2.1, any motion for
3  review of such ruling, which constitutes a ruling on a nondispositive matter, was
4  due within ten (10) days of service of such ruling.  Petitioner's Objections, to the
5  extent they challenge the Magistrate Judge's March 19, 2009 ruling, are untimely.
6  This Court further notes that petitioner's motion for the appointment of counsel
7  was filed after petitioner had filed his Traverse and thus after this matter was fully
8  briefed.  Based upon this Court's *de novo* review of the record, this Court concurs
9  with the Magistrate Judge's assessment that the appointment of counsel is not
10 warranted for the reasons stated in the Magistrate Judge's March 19, 2009 order.

11    IT IS ORDERED that Judgment be entered denying the Petition and
12 dismissing this action with prejudice.

13    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
14 United States Magistrate Judge's Report and Recommendation, and the Judgment
15 herein on petitioner and on counsel for respondent.

16    LET JUDGMENT BE ENTERED ACCORDINGLY.

18 DATED: July 9, 2009          *S. James Otero*

21                              HONORABLE S. JAMES OTERO
22                              UNITED STATES DISTRICT JUDGE